IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JASON G. ZOOK,

       Plaintiff,

v.                        4:12cv47-WS

FLORIDA DEPARTMENT OF
CORRECTIONS, and CHAPLAIN
STEPHEN FOX,

       Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed March 19, 2012.  The magistrate judge recommends that the plaintiff's motion for preliminary injunction (doc. 8) be denied.  The plaintiff has filed no objections to the magistrate judge's report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's motion for preliminary injunction (doc. 8) is DENIED.

DONE AND ORDERED this     17th     day of      April     , 2012.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE